UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In the Matter of

CAROL RAMOS-MEZA

                               Debtor,

Chapter 7
Case No. 23-11898 (LGB)

-------------------------------------------------------x

CAROL RAMOS-MEZA, Debtor and
Plaintiff on behalf of herself and all others
similarly situated,

                               Appellant,

  -v-

Case No. 24 Civ. 6593 (LTS)
Adv. Pro. No. 24-01332 (LGB)

Chase Bank USA, National Association,

                               Appellee.

-------------------------------------------------------x

## ORDER

The above-captioned case was transferred to the undersigned on April 28, 2025.

The parties are hereby directed to promptly meet and confer and to file a joint status update,

**within 14 days** after the entry of this Order, setting forth the following matters:

    a. A concise statement of the nature of this action.
    b. A concise statement of each party's position as to the basis of this Court's jurisdiction of the action.
    c. All existing deadlines, due dates, and/or cut-off dates.
    d. A statement of any previously scheduled conferences or arguments with the Court that have not yet occurred, and the matters that were to be addressed.
    e. A concise statement of all issues to be decided by the Court, including whether any motions are pending or being briefed, and a concise description of the nature and status of any such motions, including whether the parties anticipate filing supplemental briefing or supplemental authority.

    f. Any other information the parties believe may assist the Court in resolving the above-captioned case, including whether related cases are pending in this court or in any other forum.

 SO ORDERED.

Dated: New York, New York
   May 6, 2025

               /s/ Laura Taylor Swain
              LAURA TAYLOR SWAIN
              Chief United States District Judge