**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re:

CAROL RAMOS-MEZA,

                         Debtor.
-----------------------------------------------------------------X
CAROL RAMOS-MEZA, Debtor and
Plaintiff on behalf of herself and all others
similarly situated,

                    Appellant,                     24 **CIVIL** 6593 (LTS)

     -against-                                   **JUDGMENT**

CHASE BANK USA, NATIONAL
ASSOCIATION,

                    Appellee.
-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated September 29, 2025, Ramos-Meza's appeal of the Bankruptcy Court's order granting Chase's motion to dismiss Adv. Pro. No. 24-01332 (LGB) is dismissed for lack of standing to litigate the underlying claims, and the Court further finds that dismissal is necessary because Appellant did not file her designation in a timely fashion; accordingly, the case is closed.

**Dated:** New York, New York
         September 30, 2025

                                                             TAMMI M. HELLWIG
                                                             Clerk of Court

                                       BY:
                                                             Deputy Clerk